FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____
              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:17CR 00210 DPM |
| | ) | |
| vs. | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| TERRY WHITTIER JR., aka TJ | ) | 18 U.S.C. § 924(c) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to March 10, 2017, the defendant,

TERRY WHITTIER JR., aka TJ,

had previously been convicted as follows:

1.  In the Circuit Court of Crittenden County, for possession of a controlled substance (cocaine), in criminal case CR 2000-587, on or about July 28, 2000; and

2.  In the Circuit Court of Crittenden County, for murder, in criminal case CR 2002-798, on or about February 11, 2003.

B.  The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.  On or about March 10, 2017, in the Eastern District of Arkansas,

TERRY WHITTIER JR., aka TJ,

did knowingly possess a firearm in and affecting commerce, to wit, a Glock, model 20, 10 millimeter semi-automatic pistol, bearing serial number VLK189, thereby violating Title 18,

United States Code, Section 922(g)(1).

## COUNT 2

On or about March 10, 2017, in the Eastern District of Arkansas, the defendant,

TERRY WHITTIER JR., aka TJ,

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about March 10, 2017, in the Eastern District of Arkansas, the defendant,

TERRY WHITTIER JR., aka TJ,

did knowingly possess a firearm, to wit: a Glock, model 20, 10 millimeter semi-automatic pistol, bearing serial number VLK189, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) as further set forth in Count 2 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## **FORFEITURE ALLEGATION 1**

Upon conviction of the offense alleged in Counts 1 and 3 of this Superseding Indictment, TERRY WHITTIER JR., aka TJ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. One (1) a Glock, model 20, 10 millimeter semi-automatic pistol, bearing serial number VLK189, and
2. Assorted ammunition.

## **FORFEITURE ALLEGATION 2**

Upon conviction of the offense alleged in Count 2 of this Superseding Indictment, TERRY WHITTIER JR., aka TJ, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all firearms and ammunition used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to:

1. One (1) a Glock, model 20, 10 millimeter semi-automatic pistol, bearing serial number VLK189, and
2. Assorted ammunition.

[End of Text.   Signature page attached.]